# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MICHAEL PETERS AND MALINDA PETERS, H/W AND ROBERT WESTON, AS GUARDIAN OF JADEN PETERS,

    Petitioners

v.

NATIONAL INTERSTATE INSURANCE COMPANY AND EVANS DELIVERY COMPANY, INC.,

    Respondents

No. 157 EAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.